# Exhibit "A"

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-038-489**
**Effective Date of Registration:**
January 19, 2017

## Title

**Title of Work:** Group Registration of Published Photos, Howarth, published May 1, 2016 to Dec. 31, 2016 (267) images

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Morgan Howarth
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1956

## Copyright Claimant

**Copyright Claimant:** Morgan Howarth
13520 ,Norwick Place, Gainesville, VA, 20155

## Rights and Permissions

**Name:** Morgan Howarth
**Email:** morgan@morganhowarth.com
**Telephone:** (240)377-1766
**Address:** 13520 ,Norwick Place
Gainesville, VA 20155 United States

## Certification

**Name:** Morgan Howarth
**Date:** April 19, 2017

**Correspondence:** Yes

*0000VA0002038489020 2*