# Exhibit "B"

Search Facebook

Hunt Construction Co

Page · House Painting

Fort Myers

(239) 288-1052

info@huntconstructionfl.com

huntconstructionfl.com

Not yet rated (1 Review)

**Photos** See all photos



Write a comment...

**Hunt Construction Co**
June 21, 2023 ·

Say goodbye to cluttered countertops! Our innovative storage solutions can help you achieve a clean and organized kitchen with our remodeling services. #KitchenOrganization #declutter
(239) 288-1052
http://www.huntconstructionfl.com/



Page 1
Facebook
https://www.facebook.com/photo/?fbid=742390234350242&set=a.556332229622711




**Hunt Construction Co**
June 21, 2023 ·

Say goodbye to cluttered countertops! Our innovative storage solutions can help you achieve a clean and organized kitchen with our remodeling services. **#KitchenOrganization #declutter**

(239) 288-1052
http://www.huntconstructionfl.com/

Write a comment...

Captured by FireShot Pro: 13 October 2024, 13:16:39
https://getfireshot.com

Page 1
Hunt Construction Co | Facebook
https://www.facebook.com/huntconstructionflorida/photos

