AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-01155

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* 90 DEGREE BRANDING LLC d/b/a LATIN BRANDING
was received by me on *(date)* 02/25/2025 .

❒ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ALLY ALVAREZ , who is designated by law to accept service of process on behalf of *(name of organization)* 90 DEGREE BRANDING LLC d/b/a LATIN BRANDING on *(date)* 02/25/2025 ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ 85- for travel and $ 0 for services, for a total of $ 85 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/25/2025

Priscilla Campbell
*Server's signature*

Priscilla Campbell, Process Server
*Printed name and title*

2927 Marconi Ave
Sacramento, CA 95821
*Server's address*

Additional information regarding attempted service, etc: