IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 2:24-cv-01155-SPC-NPM

MORGAN HOWARTH,

Plaintiff,

v.

HUNT CONSTRUCTION COMPANY, INC. and 90 DEGREE BRANDING LLC d/b/a LATIN BRANDING,

Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Morgan Howarth ("Plaintiff") and defendant Hunt Construction Company, Inc. ("Hunt Construction") (collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein, with prejudice, and with each party to bear the cost of its own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Dated: May 1, 2025.

**COPYCAT LEGAL PLLC**
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
meghan@copycatlegal.com

Attorney for Plaintiff

By: /s/ Meghan Medacier
Meghan Medacier, Esq.
Florida Bar No.: 1035608

**POZO-DIAZ & POZO, P.A.**
9260 Sunset Drive, Suite 119
Miami, FL 33173
Tel: (305) 412-7360
Fax: (305) 412-7301
djohnson@pdplawyers.com
rovalles@pdplawyers.com
eservice@pdplawyers.com

Attorneys for Defendant

By: /s/ Duchant Johnson
Duchant Johnson, Esq.
Florida Bar No. 1004163

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Meghan Medacier
Meghan Medacier, Esq.